No. 02–1022.  FARROW v. AMERICAN POSTAL WORKERS ET AL. C. A. 11th Cir.  Certiorari denied.

No. 02–1023.  MULCAHEY v. EURO GENERAL CONTRACTORS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1026.  MILLER v. SOUTHWESTERN BELL TELEPHONE CO.  C. A. 5th Cir.  Certiorari denied.

No. 02–1029.  SNOHOMISH COUNTY, WASHINGTON, ET AL. v. GOBIN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1031.  SCHER v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 02–1039.  BROWN v. LI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–1046.  DACOSTA v. NWACHUKWA.  C. A. 11th Cir.  Certiorari denied.

No. 02–1052.  MEDVED v. WORKERS' COMPENSATION APPEAL BOARD (ALBERT GALLATIN SERVICES).  Commw. Ct. Pa.  Certiorari denied.

No. 02–1064.  ROEHSLER v. MIDDLESEX COUNTY HEALTH DEPARTMENT.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 02–1079.  MAYER ET AL. v. TRANSAMERICA TITLE INSURANCE CO., NKA TRANSNATION TITLE INSURANCE CO., ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 02–1082.  CARTWRIGHT ET AL. v. PERDUE, GOVERNOR OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–1089.  LEWIS ET AL. v. STOLLE ET AL.  C. A. 7th Cir. Certiorari denied.

No. 02–1165.  STEWART v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.